FILED
FEB 26 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| JODY S. KNOX,<br><br>Plaintiff,<br><br>vs.<br><br>HP ENTERPRISE SERVICES, LLC and HEWLETT-PACKARD COMPANY,<br><br>Defendants. | Civ. 12-4047<br><br>ORDER OF DISMISSAL |

Based upon the Joint Motion for Dismissal, it is hereby,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Verified Complaint and the causes of action against Defendants are hereby dismissed with prejudice, and without costs or attorney's fees awarded to any party. The Court will retain jurisdiction of this matter to enforce the terms of the settlement agreement entered into by the parties.

Dated this 26 day of February, 2013.

BY THE COURT:

KAREN E. SCHREIER
United States District Judge